FILED

OCT 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Courts
For The District of Columbia

Ernest Boyd, 080322          letter Complaint Seeking
LCI-ASU North 16-010         Juils Credits Held In
940 Wisacky Hwy S            Custody At Washington DC,
Bishopville, SC 29010        Juils, 1977 To 12-25-78

U.S. District Attorney
office of U.S. District Courts,
For The District of Columbia,

Case: 1:07-cv-01768
Assigned To : Unassigned
Assign. Date : 10/03/2007
Description: HABEAS CORPUS

Complaint For violation of Civil Rights
plaintiff, pro Se Complaint, by a prisoner
under the Civil Rights Act. 42: U.S.C. §1983.

plaintiff, is A prisoner in Bishopville
South Carolina, in the Custody of South
Carolina Department of Correction, on a
Fugitive warrant, That state of South
Carolina lodged with Courts, Nearly
32 years Ago.

plaintiff, was Acquitted of this Fugitive
warrant, vacated the Remain of Sentence
At Sheriffs Dept.

11 years Aback Deputy Still Rejected Court Decision
issue A Fugitive warrant, Through SCDC To
Received plaintiff back into the State of
SCDC Network Agency,

RECEIVED

AUG 24 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

t.

I, plaintiff, Have complaints To SCDC, The office
of I A D Section Inmate Records Dept, Had
Mergered with Clarendon County Sheriffs Dept,
on This Fugitive Affdavit F-452696 Warrant
From jurisdiction of Clarendon County. 6-24-97.

SCDC, Rejected my claims of been Acquitted
of This Fugitive warrant, Their office Have
Received information, was Released From
Custody washington DC jails incarceration,
it Didnt mentioned SCDC.

They willnot, Granted jails Credits To
my SC Sentence Because it Didnt mentioned
SCDC. Theyre Trying To Harsh my Sentence,
Because U.S. District Courts for the District
of Columbia Acquittend This fugitive warrant
wearly 31 years Ago.

The office of SCDC Records Have Received
This Information, won't Credit jails Time Held
in washington DC Because not mentioned
SCDC, their office Had No "warrant"

I Am Seeking this Court To Received jails
Credits For been Held In Custody on Fugitive
warrant From State of South Carolina, May
1977 To 12-25-78.

when I Receive This "letter" of jails Credits
"Time", SCDC will Immediatly Released, Foom
The State Dept., of Corrections

They Have me Incarcerated In Confinement being punish For Escape 1-2-77, They Have Receive me, Ernest Boyd jr, back Through SCDC Agency Natwork on a Fugitive warrant From clarendon County sheriffs Dept Issue 6-24-97 To ReArrested on a Fugitive warrant.

SCDC Wrote me A Correspondence letter Stated I was Subsequent, Released From Fogitive warrant, when The state of South Carolina Department of Corrections, Had A warrant, For my Arrest, The only Warrant was Issue is by Sheriffs Dept, Clarendon County, they Have made AError. I was under clarendon County Jurisdiction when This Escape occured 1-2-77. After been Released From This warrant

Deputy Sheriff, whom Rejected This Acquitted by the Courts of The District of Columbia, 6-24-97, Subscribed Appeared Before judge To Seek Affidavit F-452696 Warrant To make This Arrest, Twice In court on This Same warrant, sheriffs Dept, Had Calculated my Sentence, I Have completed 16 months, I Need 14 months Done on sentence, Thus Is Why Court Received letter  which n't To pursue This warrant, Since 6-24-97 SCDC Is Mergered into This warrant They Know now I Am Not Stupid

# 1

U.S, District Attorney;
The South Carolina Department of
Corrections, Never Had A warrant out
For my Arrested, I Hope your office
Take your Time Investigate The paper
Dockets In This Envelope.

They thinking I Am very "stupid" "stupid"
Clarendon County Sheriffs Dept Issue Affidavit
warrant 1-2-77 Escape From County.
I was Take To Court. Nearly 32 years
Ago was Release From Fugitive warrant
look Through, How I Have Set up paper
you will Fine "lies" From SCDC
Back page Read Carefully

They Know I Am going To File This Complaint,
They put me In Confinement Cell, Can't
Received Any Assistance From law library
Cannot Be EScorted To law library,
They stop me From Receiving legal
papers I Hope your office Call check
on me, it Is Urgent, Seeking your
To Received Jail Credited From being
Held in Washington DC jails on warrant
Fugitive state SC 1977 To 12-25-77
Thank you " please check on me"

U,S, District Attorney,

   I Am In Confinement being punished For Escape 32 years Ago, From jurisdiction of Sheriffs Dept Clarendon County,

   Sheriffs Dept, lodged This warrant with Courts, I was Released. They Still Reject U.S. Court Judgment Decision,

   Deputy, Bringing me back through SCDC, Agency natwork, To Take me To Trial Againe, A Double jeopardy Clause,

   I Hope your office look over my Complaint claims of been Release From this warrant Over 32 years Ago,

   SCDC, is Trying Convince me Their Agency Had A warrant Out For my Arrest This is A Big "lie" The Know now I Am Not Stupid like they want me To Be, I Had To write Court in Hillsborough County To Received jails Credits Time

       Back Page

I Hope your office Take A good look at
these Correspondance, make Some
Coples And Kept A File on me,

They Have give me A Date of Released
10, 22-07, the way They Treat other
Inmates, I Hope your office Send
of jails Credits, I will be Able To
get "Released" From The SCDC. They
Are very Angry over Received this
Information.

SCDC, Never Had A warrant out For
my only sheriffs Dept of clarendon Co.
If you Check my Records Criminal
History there is A letter From Sheriffs
Dept, I Swear been Released by This
Court, From Ernest Boydy 080322
please Keep check on me. please Thank you.

STATE OF SOUTH CAROLINA

COUNTY OF

STATE                    VS.

ERNEST BOYD

AKA:
Race: Black (Negro)      Sex: Male       Age: 57
DOB: August 01, 1953     SS#:

Address: ,

DL#                      SID#

IN THE COURT OF GENERAL SESSIONS

INDICTMENT/CASE#: 2006-GS-14-0222

A/W#: F452696

Date of Offense: January 02, 1977
S.C. Code §: 24-13-0410(B), (C)(E)
CDR Code #:  0169

CERTIFIED **TRUE COPY**
OF ORIGINAL FILED IN THIS OFFICE

DATE  7/13/07

*Beulah G. Roberts*

CLARENDON COUNTY, SC

**SENTENCE SHEET**

In disposition of the said indictment comes now the Defendant who was ☐ CONVICTED OF or ☒ PLEADS
TO: *Escape / Recapture from of State*

in violation of § *24-13-410* of the S.C. Code of Laws, bearing CDR Code # *10 , 2 , 5*

☒ NON-VIOLENT    ☐ VIOLENT    ☐ SERIOUS    ☐ MOST SERIOUS    ☐ Mandatory GPS (CSC    ☐ §17-25-45
                                                                  w/minor 1st or Lewd Act)

The charge is: ☒ As Indicted, ☒ Lesser Included Offense, ☐ Defendant Waives Presentment to Grand Jury. _____ (Defendant initial)
The plea is: ☐ Without Negotiation or Recommendation, ☒ Negotiated Sentence, ☐ Recommendation by the State.
ATTEST:

_____        *Ernest Boyd*        _____
Solicitor                      Defendant             Attorney for Defendant

WHEREFORE, the Defendant is committed to the ☒ **State Department of Corrections,** ☐ **County Detention Center,**

for a determinate term of __6__ days/months/years or ☐ under the **Youthful Offender Act** not to exceed _____ years

and/or to pay a fine of $_____; provided that upon the service of _____ days/months/years and/or payment of $_____; plus

costs and assessments as applicable*; the balance is suspended with **probation** for _____ months/years and subject to South

Carolina Department of Probation, Parole and Pardon Services standard conditions of probation, which are incorporated by reference.

☐ CONCURRENT  or  ☒ CONSECUTIVE to sentence on: *Robbery –*

☐ The Defendant is to be given credit for time served pursuant to S.C. Code §24-13-40 to be calculated and applied by the State
Department of Corrections.

☐ The Defendant is to be placed on Central Registry of Child Abuse and Neglect pursuant to S.C. Code §17-25-135.

**SPECIAL CONDITIONS:**

| | | |
|---|---|---|
| ☐ RESTITUTION: ☐ Heard, ☐ Waived, ☐ Ordered | | |
| Total:   $_____ plus 20% fee:   $_____ | | |
| Payment Terms: | | |
| ☐ set by SCDPPPS | | |

PTUP

_____ days/hours Public Service Employment
☐ Obtain GED
☐ Attend Voc. Rehab. or Job Corp. _____
☐ May serve W/E beginning _____
☐ Substance Abuse Counseling
☐ Random Drug/Alcohol Testing
Fine may be pd. in equal, consecutive weekly/monthly
pmts. of $_____ beginning _____
$_____ paid to Public Defender Fund
Other:

| Recipient: | | |
|---|---|---|
| *Fine: | $ | |
| §14-1-206 (Assessments 107.5%) | $ | |
| §14-1-211(A)(1) (Conv. Surcharge) | $100 | $ 100.00 |
| §14-1-211(A)(2) (DUI Surcharge) | $100 | $ |
| §56-5-2995 (DUI Assessment) | $12 | $ |
| §35.13 (Public Def/Prob) | $500 | $ |
| §73.3, 1B TP (Law Enforce. Funding) | $25 | $ 25.00 |
| §33.7, 1B TP (Drug Court Surcharge) | $100 | $ |
| §50-21-114(BUI Breath Test Fee) | $50 | $ |
| §56-5-2942(J) (Vehicle Assessment) | $40/ea | $ |
| 3% to County (if paid in installments) | | $ 3.70 |
| TOTAL | | $ 128.70 |

☐ Appointed PD or appointed other counsel, §35.13 TP
Requires $500 be paid to Clerk during probation.

Clerk of Court/ Deputy Clerk  *Beulah G. Roberts*

Court Reporter  *Melissa Winfield*

PRESIDING JUDGE _____
Judge Code: _____  4  3
Sentence Date:  1/29/07

SCCA/217 (9/2006)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ernest Boyd,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )       Civ. Action No. 06-1290
                                          )
Mark Sanford *et al.*,                    )
                                          )
            Defendants.                   )


TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner confined in Bishopville, South Carolina. He alleges that he is in the custody of the South Carolina Department of Corrections on a fugitive warrant that South Carolina had lodged with this Court nearly 30 years ago. Plaintiff alleges that this Court had "acquitted [him] of [the] charges, and time served [sic] from the Sheriffs Dept and the State of South Carolina." Complaint at 6. He has not produced the order and this Court has no record of such a proceeding. *See Boyd v. U.S. District Court for the District of Columbia*, Misc. Action No. 06-415 (D.D.C., Sept. 9, 2006) (case dismissing fugitive warrant not found).

Anyway, plaintiff must pursue his challenge to his detention through a writ of *habeas corpus*. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla*, 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998)(citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir.

5

2004).  Petitioner's custodian is not within this Court's territorial jurisdiction.  The Court finds it

in the interests of justice and judicial economy to transfer the case.  Accordingly, it is this 24ᵗʰ

day of November 2006,

      ORDERED that this case is TRANSFERRED to the United States District Court for the

District of South Carolina.  The Clerk of this Court shall file and docket the petition.  Whether

petitioner should be permitted to proceed further without prepayment of fees is a determination

to be made by the transferee court.

                                    _____

                                    United States District Judge

2

**ARREST WARRANT**

**F- 452696**

**STATE OF SOUTH CAROLINA**

☒ County / ☐ Municipality of
**CLARENDON COUNTY**

**THE STATE**
against

**BOYD, ERNEST**

Address

Phone ___ Race B Sex M Height 6'-0" Weight 148 SSN ___
Dt State ___ DL# ___ Agency OR# ___
DOB 08/01/53

Prosecuting Agency ___

Offense ESCAPE FROM CONFINEMENT-VIO CS
Code/Ordinance Sec. 24-13-410

**CERTIFIED FOR SERVICE**

This warrant is ☐ County / ☐ Municipality of ___
to be arrested and brought before the accused
dealt with according to law.

(L.S.)

_____
Signature of Judge

**RETURN**

A copy of this arrest warrant was delivered to
Defendant BOYD, ERNEST

Date ___

on ___
_____
Signature of Officer, Title, Law Enforcement Officer

**RETURN WARRANT TO**
ANNELLE POWELL
POB 371, 2ND FLR FED BLDG
MANNING, SC 29102

---

**AFFIDAVIT**

**STATE OF SOUTH CAROLINA**
**CLARENDON COUNTY**

Personally appeared before me the affiant NELSON, FREDDIE DEPT who being duly sworn deposes and says that defendant BOYD, ERNEST did within this county and state on 01/02/77 violate the criminal laws of the State of South Carolina for ordinance of ☐ County / ☒ Municipality of CLARENDON in the following particulars:

DESCRIPTION OF OFFENSE ESCAPE FROM CONFINEMENT-VIO CS 24-13-410
24-13-04110

The nature and set of circumstances the following that the affiant further state that there is probable cause to believe that the defendant named above did commit THAT ON 1-2-77 THE DEFENDANT DID ESCAPE FROM LAWFUL CONFINEMENT AT THE CLARENDON COUNTY JAIL IN MANNING, CLARENDON CO, SC. BY CLIMBING THE FENSE. THE DEFENDANT WAS SERVING A JAIL SENTENCE FOR ROBBERY WHEN THIS ESCAPE OCCURRED. WITNESSES TO PROVE SAME ARE JAMES L. EDMONDS WITH THE SC DEPT OF CORRECTIONS AND CAPT NELSON WITH THE CLARENDON CO SHERIFF'S DEPT.

Sworn to and subscribed before me
JUNE 24, 1997

_____
Signature of Issuing Judge

X_____
Signature of Affiant

Affiant's Address CLARENDON CO SHERIFF DEPT
MANNING, SC 29102
Affiant's Telephone ___

---

**ARREST WARRANT**

**STATE OF SOUTH CAROLINA**
☒ County / ☐ Municipality of
**CLARENDON**

TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:
Whereas an affidavit from the above affiant that there are reasonable grounds to believe that on 01/02/77 did violate the criminal law of the State of South Carolina for (ordinance of) defendant BOYD, ERNEST ☐ County / ☒ Municipality CLARENDON as set forth below

DESCRIPTION OF OFFENSE ESCAPE FROM CONFINEMENT-VIO CS 24-13-410
24-13-04410

Now, therefore, you are hereby commanded and directed to arrest the said defendant and bring him before me, forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the defendant ___ when this warrant is executed.

_____
Signature of Issuing Judge

Judge's Address POB 371, 2ND FLR FED BLDG
MANNING, SC 29102
Judge's Telephone 803 435-2670
Issuing Court ☐ Magistrate ☐ Municipal ☐ Circuit

**ANNELLE POWELL**

**DEFENDANT COPY**

Form Approved by:
SC Attorney General
SC Court Adm.
SCCA 515

SCCA/511 (8/00)

Original copy for the Trial Court – Copy for the Defendant

**ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED.**
FORM CONTINUED ON BACK

STATE OF SOUTH CAROLINA
COUNTY OF _Charleston_ )
)    IN THE    ( ✓ ) COURT OF GENERAL SESSIONS
)                    ( ) MAGISTRATE'S COURT
)                    ( ) MUNICIPAL COURT OF _____
STATE OF SOUTH CAROLINA

Ticket or Warrant No. _I452696._

**ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE**
(Bail Proceeding Form 2)

Name of Defendant _Ernest Boyd Scott_

Offense Charged: _____

At a bail proceeding conducted by undersigned Judge, for the defendant named above, it was determined by the court (check one or both):

This determination was based upon the following findings of fact:

_Flight risk – bond denied_

☐ The release of the defendant on recognizance will reasonably assure his appearance as required.
☑ The release of the defendant on recognizance will result in an unreasonable danger to the community.

THEREFORE, IT IS HEREBY ORDERED:

[Considerations: Nature and circumstances of the offense charged, the accused's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

1. ☐ That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and can be of good behavior.

2. That the above named defendant be released from custody provided as follows (check one):

☐ **CASH IN LIEU OF BOND**
to secure his release from custody, acknowledging himself to be indebted to the State of South Carolina, deposits $ _____

☐ **CASH PERCENTAGE IN LIEU OF BOND**
The defendant acknowledges himself to be indebted to the State of South Carolina, this sum or money is subject to being forfeited to the State. Should the defendant fail to comply with all terms and conditions of this Order, his release to be obtained by payment to the court of _____ ( % ) of this bond in cash, this amount being $ _____ to the defendant's credit in the full amount of $ _____ such sum to be levied on his real and personal property for the use of the State, should he fail to perform the conditions of this Order.

☐ **APPEARANCE RECOGNIZANCE WITH SURETY**
The defendant will provide good and sufficient surety, approved in the court, in the form set forth on the reverse side, acknowledging an indebtedness to the State in the amount of $ _____.

3. That the defendant shall appear at (check one):
☐ the term of the court of general sessions beginning on [Date:] _____ at [Time:] _____ o'clock, __.M., at [Place:] _____ and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.
☐ the session of magistrate/municipal (circle one) court beginning on [Date:] _____ at [Time:] _____ o'clock, __.M., at [Place:] _____. If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described on the reverse side, which are marked.

Initials of Defendant ☐

I understand that if I violate any condition of this Order, including any conditions included on the reverse side of this Order, a warrant for my arrest will be issued.

Signature of Judge _____      Date _6/6/06_

**ACKNOWLEDGEMENT BY DEFENDANT**

I understand that if I violate any condition of this Order, including any conditions included on the reverse side of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right to be present at trial and should I fail to attend the court, the trial will proceed in my absence. It has been explained to me that if I fail to appear before the court as required, an additional criminal charge will be instituted against me. If the failure to appear is in connection with a felony charge, or while awaiting sentence, or pending appeal or certiorari after conviction, the penalty is a fine or not more than $5,000 or imprisonment for not more than five years, or both; if I fail to appear in connection with a misdemeanor charge, the penalty shall be a fine of not more than $1,000 or imprisonment for not more than one year, or both.

I acknowledge the receipt of a copy of this Order and understand the conditions of my release and the penalties applicable to me in the event I violate any condition of the Order or fail to appear as required.

RECEIVED
JUN 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature of Defendant _____

Address _____

City/State/Zip _____      Date _____

Social Security/Representing Accused (If known) _____

Attorney Representing Accused/Telephone No. _____

**COURT CASE /** 06-235
**J F ID #** 
**SAO #** 
**OBTS #** 29011342T3

**AGENCY REPORT #** 06-5940  **AGENCY NAME** HCSO  **ORI #** FL0290000

**LOCATION OF OFFENSE**
**DATE OF OFFENSE**  **TIME OF OFFENSE** FUGITIVE

**WITHIN:** TAMPA □ PLANT CITY □ TEMPLE TERRACE □ UNINCORPORATED AREA □ SUPPLEMENTAL CHA ATTACHED □

**COURT:** TAMPA COURT □ PLANT CITY CT □

**LOCATION OF ARREST** HENDERSON SW MARION ST, TAMPA FL  **DATE OF ARREST** 01/04/05  **TIME OF ARREST** 1015

**BOOKING #** 10 000 751  **SOID #** 515225  **WEAPON TYPE** None  **WEAPON SEIZED** Yes □ No ☒

### ARREST
- Probable Cause ☒ Adult
- Capias □ Juvenile
- ☒ Fugitive Warrant □ Delinquency
- VOP/VOCC □ Dependency
- □ Warrant ☒ Felony
- Juvenile Pickup □ Misdemeanor

**REQUEST FOR:**
- Direct File/SAO □ Traffic MISD
- Review □ Traffic FEL
- Warrant □ Ordinance
- Summons □ Pickup
- Juvenile Pickup □ Other

**NOTICE TO APPEAR:**
- Arresting officer
- Booking supervising officer

**NAME** BOYD ERNEST  **ALIAS** Cowboy rodriquez, caprice Lowery
Last  First  Middle

**RACE:** W-White I-American Indian/Alaskan Native HW-Hispanic White HB-Hispanic Black B-Black O-Oriental/Asian
Race B **SEX** M **D.O.B.** 08 01 53 / 57
MO DAY YEAR APPROXIMATE AGE

**COMPLEXION** MED **BUILD** Thin
**HEIGHT** 6'0" **WEIGHT** 148
**COLOR: EYES** BRO **HAIR** BLK

**LOCAL ADDRESS** AT LARGE  Ph #
**Permanent Address**  Ph #
**Business Address**  Ph #
**Driver's License No.**  **State**  **SS #** 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  **PLACE OF BIRTH** S.C.  **DOC #**

**Gang Member:** Yes □ No ☒  **Gang Name** N/A
**SCARS, MARKS, TATOOS, UNIQUE FEATURES** SCAR BRIDGE OF NOSE

**IF JUVENILE:**
School Name
Mother/Guardian  Address:  Ph #
Father/Guardian  Address:  Ph #
Released To: JAC □ Parent □ Guardian □ Other Relationship □  □ Other

**Co-Defendant** NONE  Sex:  Race:  DOB
Arrested □ At Large □ Capias/Warrant Requested □ Felony □ Misdemeanor □ Juvenile □
**Co-Defendant** N/A  Sex:  Race:  DOB
Arrested □ At Large □ Capias/Warrant Requested □ Felony □ Misdemeanor □ Juvenile □

| STATUTE (subsec.) / ORD # | DV | CP | CHARGE STATUS | BOND SET | CHARGE | TRAFFIC CITATION # | DRUG ACT/TYPE |
|---|---|---|---|---|---|---|---|
| 904.01 | N | N | F | None | ESCAPE-CLACKSON CO. JAIL-ORIGINAL off Robbery | | |

**CHARGE STATUS:** F-Felony M-Misdemeanor T-Traffic O-Ordinance FT-Felony Traffic DV-Domestic Violence CP-Child Present
**ACTIVITY:** N-N/A P-Possess S-Sell B-Buy T-Traffic R-Smuggle D-Deliver E-Use K-Dispense/Distribute M-Manufacture/Produce/Cultivate Z-Other
**TYPE:** N-N/A A-Amphetamine B-Barbiturate C-Cocaine E-Heroin H-Hallucinogen M-Marijuana O-Opium/Deriv. P-Paraphernalia/Equipment S-Synthetic U-Unknown Z-Other

**A LIST OF TANGIBLE EVIDENCE** (If none, write "None") (Evidence List must be provided for all NOTICES TO APPEAR)

| DESCRIPTION/AMOUNT PER UNIT | RECOVERED BY | GIVEN TO | PRESENT LOCATION |
|---|---|---|---|
| None N/A | | | |

Mandatory Appearance in Court □  You need not appear in Court, but must comply with instructions on Reverse Side. □
**COURT INFORMATION:** You must appear in County Court at the:
COURTHOUSE TOWER ANNEX, 801 E. TWIGGS STREET □  COUNTY OFFICE BUILDING, MICHIGAN & REYNOLDS STREET □
(Corner of Jefferson & Twiggs Street), TAMPA, FLORIDA 33602  PLANT CITY, FLORIDA 33566

Division  COURTROOM #  ON  20  AT  a.m. □ p.m. □

I agree to appear at the time and place designated above to answer for the offense(s) charged or to pay the fine subscribed. I understand that if I willfully fail to appear before the Court as required by the Notice to Appear, I may be held in contempt of Court and a warrant for my arrest shall be issued. You may also be charged with the crime of Failure to Appear, F.S. 843.15. I certify that my address as listed above is correct and I further understand that I have a continuing duty to advise the Court of any changes in my address as set forth above.

**White** - Clerk of Court  **Green** - State Attorney  **Canary** - Arresting Agency  **Pink** - Central Booking/Detention Center  **Goldenrod** - Defendant

AGENCY RECORD: _____    AGE: ___    NAME: _____

State facts to establish probable cause that a crime was committed by the defendant or that the child is delinquent.

THE DEF WAS ARRESTED PER ACTIVE CAPIAS / WARREN
ISSUED BY CLARENDON Co SHERIFFS DEPT, COLUMBIA
SOUTH CAROLINA.

VERIFIED AND VALIDATED by LISA A. MILLER
INMATE RECORDS OFFICE. (803) 396-8555

Judgement requested against defendant for agency investigative cost per Florida Statute 938.27: $ ___

| | |
|---|---|
| OFFICER C.A. TRIGO | POLICE REPORT WRITTEN:  Yes ☐  No ☐ |
| I.D. # 36/3102 _ Dist. & Squad 7/206 | OFFICER S. BRIDGES  Myld # 08516  Dist. & Squad 2/206 |
| (Please Print The Above Information) | I SWEAR THAT THE ABOVE STATEMENTS ARE CORRECT TO THE BEST OF MY KNOWLEDGE. FOR NOTICES TO APPEAR, I ALSO CERTIFY THAT A COMPLETE LIST OF WITNESSES AND EVIDENCE KNOWN TO ME IS ATTACHED. |
| SWORN TO AND SUBSCRIBED BEFORE ME THIS | |
| ___ DAY OF _____, 20 05 | AFFIANT Signature |
| NAME/Title of Person Authorized to Administer Oath | AFFIANT Print/Type Name:  C.A. TRIGO |

**NOTE:** The WHITE COPY of VICTIM'S / WITNESSES goes to the Clerk's Offic ONLY on Notices To Appear. In all other cases, it should be removed. The Jail JAC personnel will determine this for all defendants turned over to them. In a Notices To Appear issued by the Arresting Officer, the Arresting Officer shou leave the WHITE copy of VICTIM'S / WITNESSES attached.

CLERK OF COURT

SAO FORM-425, 10/0

Ernest Boyd                          F 452696
_____         _____
Name of Defendant                     Warrant/Ticket Nos.

                                      County/Municipality of Clarendon

Charges: Escape from                  Trial Court:  [✓] General Sessions
Confinement                                         [ ] Magistrate
_____                       [ ] Municipal Court

## CHECKLIST FOR MAGISTRATES AND MUNICIPAL JUDGES

**DIRECTIONS:** Magistrates and municipal court judges must use this checklist for **ALL GENERAL SESSIONS CASES** and for **ALL MAGISTRATE AND MUNICIPAL COURT CASES IN WHICH BOND HAS BEEN SET BY A JUDGE.** The judge should attach this checklist to the charging document (arrest warrant or uniform traffic ticket) when the defendant first appears before a judge for a bond hearing or first appearance, and complete the appropriate sections.

                    [✓]    BAIL PROCEEDING
                    [ ]    FIRST APPEARANCE (Non-Bailable Offenses)

1.   Form used at bail proceeding.
___ a.   Bond Form I (personal recognizance)                Bond denied
___ b.   Bond Form II (surety, cash, percentage)
___ c.   None (Non-Bailable Offense)

2.   For cases in which bond is set, defendant was informed:
___ a.   Warrant for arrest will be issued for violation of any condition of bail bond order.
___ b.   His right and obligation to be present at trial and that trial will **proceed in his absence if he fails to attend.**
___ c.   Failure to appear in court as required will result in institution of additional criminal charges. For failure to appear in connection with a felony, additional charge has penalty of fine of not more than $5,000 or imprisonment for not more than five (5) years, or both. For failure to appear in connection with a misdemeanor, additional charge has penalty of fine of not more than $1,000 or imprisonment for not more than one (1) year, or both.

3.   For cases to be tried in **Court of General Sessions,** defendant was informed of **right to preliminary hearing if requested within ten (10) days:**
[✓] a.   **Orally**
[✓] b.   **In writing**
         [**NOTE:** Defendant must be informed of right **both** orally **and** in writing]

[✓] 4.   Defendant was informed of the **right to trial by jury.**

5.   In all general sessions cases and in all magistrate or municipal cases in which a **prison sentence is likely to be imposed,** defendant was informed of the following:
[✓] a.   **Charges against defendant and nature of the charges.**
[✓] b.   **Right to counsel and right to court-appointed counsel if financially unable to employ counsel**
___ c.   [(Optional: Local procedures may require judge to refer defendants to indigency screener. If so, note referral here) Required to appear before Call of Court on _____, 20___ for appointment of counsel.]

                                          June 6, 2006

Appearance or
Hearing Date: Call of Court          _____
                                          Judge's Signature

SCCA/507 (Rev. 4/00)

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## DIVISION OF CLASSIFICATION AND INMATE RECORDS

### INMATE CORRESPONDENCE

**INMATE:**      Ernest Boyd

**INST:**        Lee

**SCDC #:**      80322

**FROM:**        Doris P. Poole, Branch Chief – Institutional Classification

**SUBJECT:**     CORRESPONDENCE

**DATE:**        November 22, 2006

| | | | |
|---|---|---|---|
| ☐ Custody | | ☐ Jailtime | |
| ☐ Time/Sent. | | ☐ I/M Pay/Job | |
| ☐ Parole | | ☐ Staff Complaints | |
| ☐ Max-Out | | ☐ Detainers | |
| ☐ SFII – A | | ☐ Transfer | |
| ☐ 85% | | ☐ MSU Admission/Release | |
| ☐ EWC/ECC | | ☒ Other – Escape history/SD status | |
| ☐ Goodtime | | | |

This is in response to your letter regarding your escape history and SD status. Based upon the information that our agency have you have been classified according to policy. It is your responsibility to have the authories/law enforcement agency listed in your letter to provide official information to the South Carolina Department of Corrections feel that we do not have all of your information.

For future reference, Classification issues should be addressed to your assigned Caseworker.

S/_____
                Doris P. Poole

cc: Case Manager
     Inmate Records

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## DIVISION OF CLASSIFICATION AND INMATE RECORDS

INMATE CORRESPONDENCE

RECEIVED

**INMATE:** Ernest Boyd

DEC 0 7 2006

**INST:** Lee

LEECI
CLASSIFICATION

**SCDC #:** 80322

**FROM:** Doris P. Poole, Branch Chief – Institutional Classification

**SUBJECT:** CORRESPONDENCE

**DATE:** November 16, 2006

- [ ] Custody
- [ ] Time/Sent.
- [ ] Parole
- [x] Max-Out
- [ ] SFII – A
- [ ] 85%
- [ ] EWC/ECC
- [ ] Goodtime

- [ ] Jailtime
- [ ] I/M Pay/Job
- [ ] Staff Complaints
- [x] Detainers
- [ ] Transfer
- [ ] MSU Admission/Release
- [x] Other – Escape History/

The issues you have inquired about can be addressed by your institutional Classification staff. Therefore, by copy of this response, I am requesting that Ms. Reames, Acting Casemanager, address these concerns with you.

For future reference, Classification issues should be addressed to your assigned caseworker.

S/ _____
Doris P. Poole

cc: Case Manager
    Inmate Records

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE CORRESPONDENCE

**TO:**           Ernest Boyd, SCDC #80322

**LOCATION:**     Lee C.I.

**FROM:**         Lisa A. Miller, Program Coordinator, Other Jurisdiction, Extradition and
                  IAD Section, Inmate Records Office

**SUBJECT:**      S.C. Sentence

**DATE:**         December 13, 2006


I will address your recent letters my office has received from you regarding your apprehension in
Florida. First, my office does not your copy of legal reports of your arrest or custody reports
related to the time you spent in Hillsborough County Jail. If I find any copies of such papers, I
will send a copy to you.

Also, I have reviewed your record and your sentences appear to have been calculated correctly.
Prior to your escape in 1977, you served approximately one (1) year, one (1) month and twenty-
three (23) days in SCDC (11/8/75 - 1/1/77). Since you've returned, you have served
approximately nine (9) months and twenty (20) days for a total of one (1) year, eleven (11)
months and three (3) days. You have close to one (1) year, six (6) months and sixteen (16) days
left to serve. This calculation does not include any time you may be sentenced to on the Escape
charge.

As for your assertions as to what happened in the U.S. District Court in Washington, DC back in
1977, my office can find no information related to that hearing. Attempts to obtain this
information have been made via phone, e-mail and written correspondence. This office has not
received a response from any of these inquiries. At this point, it is your duty to get any
information you can in reference to these proceedings.

I trust I have addressed your concerns. I will not address these matters again. Please see your
Classification Case Manager should you have further questions.


S/_____Lisa a. miller_____
                  Lisa A. Miller


cc:    Central Record

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE CORRESPONDENCE

**TO:**               Ernest Boyd, SCDC #80322

**LOCATION:**         Lee C.I.

**FROM:**             Lisa A. Miller, Program Coordinator, Other Jurisdiction, Extradition and
                      IAD Section, Inmate Records Office

**SUBJECT:**          S.C. Sentence

**DATE:**             April 10, 2007

I am responding to the numerous letters you have sent to my office concerning your SC sentence.
I will try to fully address each issue.

First, my office never received a letter from a Judge in the 13th Judicial Circuit in Florida
granting you credit for time served in Hillsborough County Jail. My office DID receive
information showing your dates of incarceration in Hillsborough Co. However, you cannot be
given credit for this time as you refused to sign the waiver of extradition and a Governor's
Warrant was being pursued during this time. You may want to contact the SCDC Legal Office
to find out if you could be awarded credit for the time you remained in jail in Hillsborough Co.
The dates of incarceration have been documented on the automated system (TRANCNT screen).
You may want to see your Classification Casemanager regarding this issue.

Also, numerous attempts have been made to contact the U.S. District Court in Washington DC
regarding your claims that your SC charges were dropped/dismissed/acquitted. My office has
NOT received a reply to various e-mails, phone calls and faxes asking for documentation of your
claim. Therefore, it is up to you to contact them and ask they send the necessary paperwork to
our office. Your claim that the escape charges were dismissed are not correct. Even if
Washington DC officials contacted Clarendon County and someone there said they did not wish
to extradite you and pursue the issue, the state of South Carolina had active charges against you;
therefore, those charges could NOT be dropped/dismissed/acquitted.

As far as your claim that your sentence is calculated incorrectly, I have looked at your record and
verified that your sentence is correct and you have been given all credit due to you. I trust I have
addressed your concerns. If you have any questions regarding this letter, please see your
Classification Casemanager. Any letters sent after this date asking about these issues will be
returned to you or routed to Classification at your institution.

S/ _____ *Lisa A. Miller*

Lisa A. Miller

cc:    Central Record

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

## INMATE CORRESPONDENCE

**TO:**            Ernest Boyd, SCDC #80322

**LOCATION:**      Lee C.I.

**FROM:**          Lisa A. Miller, Program Coordinator, Other Jurisdiction, Extradition and
                   IAD Section, Inmate Records Office

**SUBJECT:**       S.C. Sentence

**DATE:**          June 19, 2007

In your numerous letters to the State Classification office, you have asked about your out-of-state jail credit--the time you served in Hillsborough County Jail. After reviewing your record and the automated system, I have determined that you have now been given all credit due to you. You have now (as of today) been given credit on your SC sentence from May 11, 2005 (when you were arrested by Hillsborough Co. Jail) to November 29, 2005 (when you were released on bond) and from January 4, 2006 (when you were rearrested and the Florida charges were dismissed) to February 21, 2006 (when you were returned to SCDC custody. Your release date is now October 22, 2007.

Also, I was finally able to get in touch with Washington DC officials and get documentation of your incarceration there and subsequent release on 12/25/78. However, their records do not indicate why you were released "to the street" and not to SCDC based on the fugitive warrant at that time. As I've stated before, the Interstate Agreement on Detainers (IAD) would not have applied as your SC charges were "tried" and the IAD can only be filed for "untried" charges. Also, Clarendon Co. would not be the agency that needed to be contacted regarding your fugitive status. Since you were already sentenced and in state custody when you escaped, SCDC should have been notified and our agency would have been the one to decide whether or not to extradite you back to SC. Therefore, your SC charges could not be dismissed.

If you have any questions regarding this letter, please see your Classification Casemanager or have Classification contact me.

S/ _Lisa A. Miller_
                   Lisa A. Miller

cc:    Central Record

**South Carolina Department of Corrections**

# Memo

**TO:**      Ernest Boyd, #080322
             Lee Correctional Institution

**FROM:**   David M. Tatarsky, General Counsel

**DATE:**    March 21, 2007

In response to the materials you sent to __me_____,
dated __11/21/06__, please be advised as follows:


__x__ This matter should be addressed through the Inmate Grievance System
(Grievance Numbers 0557-06 & 2556-06)

_____ This is not an issue for the General Counsel's Office.  You should send
this to _____ in _____.

_____ I have forwarded the materials you sent to _____
in _____.

_____
_____
_____
_____

*David Tatarsky /BS*

David M. Tatarsky
General Counsel

CC:    File
       _____
☑      Original Materials Retained
☐      Original Materials Returned to Sender/Copy Retained
☐      Original Materials Returned to Sender/No Copy Retained

● Page 1

WARDEN

MAY 0 2 2007

LEE CI

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

| TO: NAME: A J Padula     TITLE: Warden | DATE: 5-1-07 |
|---|---|
| INMATE'S NAME: ERNast Boyd | SCDC #: 080322 |
| INSTITUTION: LCI - ASU | LIVING QUARTERS: North-B-40 Asu |

Warden A J padula, I Submitted a Request To your office, Concerning All Credits Jails Custody, For been ARRested on Thus warrant, clarendon County Sheriff's Dept ISSue 6-24-97, through SCDC, "yes" I Am Entitle To Received All Time, In Custody on this warrant.

I Have Received letter Document From Court Granten All Jails Time In Custody, Try To See classification Ms york, She is Refusing To look over Document, I Received From Courts, Granten All Credits of Time

**DISPOSITION BY STAFF MEMBER:** backpage

Court documents must be submitted to Offender Records in Columbia directly from the Court.

| DATE: 5/21/07 | SIGNATURE: Michael, Warden |
|---|---|

SCDC FORM 19-11 (REV. FEB 2001)

# SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## REQUEST TO STAFF MEMBER

RECEIVED

| TO: NAME: | TITLE: | DATE: MAY 2 1 2007 |
|---|---|---|
| Doris P. Poole, Chief Branch off. | | 5/13/07 DIVISION OF CLASSIFICATION & INMATE RECORDS |

| INMATE'S NAME: Aka Ernest Boyd JOE Bonino | SCDC #: 08032 |
|---|---|

| INSTITUTION: LCI-ASU | LIVING QUARTERS: NOrth-B-40 |
|---|---|

To MS Doris p. Poole, with thus Requested To
Staff member, 4-27-07, I Have Received
legal Document From 13th Judicial Circuit
Court, Judge Credits All Jails Time Held
In Custody, From 3-31-05 To 2-21-06
Hillsborough County Sheriff's Dept, Released
plaintiff, Ernest Boyd, JOE Bonino, To SCDC
Ms Doris p. Poole, A Solicitor Attorney
said To Judge James, 1-29-07, I, Ernest
Boyd Have A parole Date For this year,
Now that I Have Received this Knowledge
of been In Custody For 11 months, back page

INMATE RECORDS OFFICE 2007 MAY 30 AM 9:58

**DISPOSITION BY STAFF MEMBER:**

You have a Out of State jailtime request
pending in the Inmate Record Office.
Your request will be forward to IRO.

| DATE: 5/27/07 | SIGNATURE: Michael Mathews, Branch Chief |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)

CC: Inmate Records Office

# Office of Clerk of Court

### CLARENDON COUNTY
### **BEULAH G. ROBERTS, CLERK**
#### P.O. BOX 136
#### MANNING, S. C. 29102

MARILYN E WILSON
DIRECTOR FAMILY COURT
(803) 435-4210

TELEPHONE (803) 435-4443
FAX (803) 435-4844

LINDA ARD
R.M.C. DEPARTMENT
(803) 435-4444

June 22, 2007

To:     Ernest Boyd

From:  Clerk of Court

Re:     Documents

This office is in receipt of a document mailed for filing. We are not sure what you are trying to file. If you are filing a case, then you will need a summons and complaint plus $150.00 filing fee. We are returning same, as this is not the proper documents for our court.



HENRY McMASTER
ATTORNEY GENERAL

April 26, 2007

Mr. Ernest Boyd, #080322
LCI
ASU-North-B-40
990 Wisacky Highway
Bishopville, SC 29010

Dear Mr. Boyd:

Your letter to the Attorney General's office has been referred to the Office of Constituent Services for response.

The Attorney General's office has no jurisdiction regarding the below listed matters:
- Medical treatment of individual inmates;
- Alleged violations of physical, mental or verbal abuse of individual inmates;
- Complaints regarding Department of Corrections' policies and procedures.

The SC Department of Corrections is the proper authority to address the above listed matters. Should you wish to contact that office directly, you may do so at the following address:

Blake Taylor
South Carolina Department of Corrections
4444 Broad River Road
PO Box 21787
Columbia, SC 29221-1787

I hope this information is helpful.

Sincerely,

Constituent Services

**NOTICE OF PLACEMENT IN PHD**

Inmate Name: _Ernest Boyd_     SCDC#: _080322_  Custody: _SD3_

**Reason for Placement in PHD:**   ☐ Current Escape Risk   ☐ Maintain the Integrity of an Investigation

☐ Protective Concerns   ☐ Inmate is a threat to the physical safety of other inmates or staff

☑ Inmate's presence in the population would create a threat to the safety, security, and/or order of the institution

S _____   Date _____   Time _____ AM/PM
     Warden, Associate Warden, Major, Captain

I certify that I was given a copy of this notice within 72 hours of my placement in PHD. I also certify that this notice is clear and readable and that I will appear before the Institutional Classification Committee within seven (7) calendar days of my placement in PHD.

Inmate Witness Signature _____   Date _____   Time _____ AM/PM

Serving Officer/
Witness Signature _____   Date _____   Time _____ AM/PM

SCDC 19-67 (Rev. August 1989)    White:  Institutional Record
                                 Canary:  Central Record
                                 Pink:    Inmate

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

WARDEN

APR 1 1 2007

LEE CI

| TO: NAME: A-1-Padula  TITLE: Warden | DATE: 4-2-07 |
|---|---|
| INMATE'S NAME: Ernest Boyd | SCDC #: 080322 |
| INSTITUTION: LCI ASU | LIVING QUARTERS: North-B-40  ASU0040 |

warden, For The last nine months, Have write To Classification Chairrpresoo ms your, For A interview, I Havent Talkive with Her "yet" She Have made Tem promis To Call me but,

Chief Branch officer Doris p poole, Tell me Through letter, To Talk with Case works warden, officer At This LCI, issue 18 months in Confinement For Escape From Clarendon County Supervisor, At A Shelter 1-1-77, SCDC policy Rules it only Carry 6 months lock up, time on punishment, I Hope you office, backpage

**DISPOSITION BY STAFF MEMBER:**

your escape on 01/02/77 is classified Category 1, which policy requires 18 months SD/DD time minimum.

All of the time from 01/02/77 to your return on 02/21/06 is "dead time" for which you receive no credit. Additionally you recil 6 month for the escape in Clarendon Cnty,

| DATE: 4/16/07 | SIGNATURE: M Padula, Warden |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
REQUEST TO STAFF MEMBER

MAY 0 2 2007

LEE CI

| TO:   NAME:                    TITLE: | DATE: |
|---|---|
| A J Padula    Warden | 5-1-07 |
| **INMATE'S NAME:** ERNAST Boyd | **SCDC #:** 080322 |
| **INSTITUTION:** LLI - ASU | **LIVING QUARTERS:** NorTH-B-40 ASU |

Warden A J padula, I Submitted a
Request To your office, Concerning All
Credits Jails Custody, For been Arrested
on Thus warrant, clarendon county
Sheriff's Dept ISSue 6-24-97, through
SCDC, "yes" I Am Entitle To Received All
Time, in Custody On this warrant.
   I Have Received letter Document From
Court Granten All Jails Time In Custody,
Try To See classification MS york, She is
Refusing To look over Document, I Received
From Courts, Granten All Credits of Time

**DISPOSITION BY STAFF MEMBER:** backpage

Court documents must be submitted to offender
Records in Columbia directly from the Court.

| DATE: | SIGNATURE: |
|---|---|
| 5/21/07 | M M hibl, Warden |

SCDC FORM 19-11 (REV.FEB 2001)

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

| TO:　NAME: | TITLE: | DATE: |
|---|---|---|
| Obeman | Administrative | 5/20/07 |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Ernest Boyd | 080322 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| LCI-ASU- | NOrth-B-40 |

Since, I, inmate Acknowledges His litigant, Against SCDC, Have your office made Any Decision, with Capt office official Capt Blackwells Capt Thomas, About Denied me the opprotunity To Received the Amount of legal paper,s Needed To Have Access To Courts, I Am being Denied The Due process To present my Case To Courts, I Am being Deprived of A Fair opprotunity To Have Access, To u.S District Court's, I Have Check SCDC policy, it Never said Any Things About Denieding me The Amount of legal material Need For Court,

**DISPOSITION BY STAFF MEMBER:**

I will send a copy of this request to Capt. Blackwell. We will try to get the supplies you need

| DATE: | SIGNATURE: |
|---|---|
| 5/24/07 | Bruce Obeman |

SCDC FORM 19-11 (REV.FEB 2001)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE FORM
STEP 1

INMATE NAME: _Ernest Boyd_

SCDC NUMBER: _080322_

INSTITUTION: _L.C.I SMU_

HOUSING UNIT: _B-40-North_

WORK ASSIGNMENT: _none_

NOV 20 2006

**Office Use Only**
Grievance No. _Lee CI 2556-06_
Code: General _____
Policy _____
Disc. Hear. _____
Class. _____
Date Received _11/21/06_
IGC Initials _____

STATE GRIEVANCE (include documentation, and date of incident; if SCDC Policy, indicate which policy)

I Have wrote Request To Director Jon E Ozmint office, Also To Bart Vincent, ms lisa miller, Concern Acquittal of Escape 1-2-77, by US District Court For The District of Columbia, Court's issue "Order" Time served From the Remaining of Sentence,

ACTION REQUESTED: Contact U.S. District Court Dockets Criminal Records Files Divison Their Are Proof of been Release April 1978 From state of S.C

SPECIFY HOW AND WHEN INFORMAL RESOLUTION WAS ATTEMPTED BY GRIEVANT:

I Have sent out Ten letter of Complaint of Wrongfully being put back inside of SCDC by A Terrible mistake, by SCDC und Sheriffs Dept of Clarendon Coo.

Ernest Boyd    11-16-06
Grievant Signature    Date

ACTION TAKEN BY IGC:

Your grievance is being returned to you unprocessed because it is a duplicate of Lee 1714-06. You may contact whomever you deem appropriate to acquire the information you desire.

☑ I accept the action taken by the IGC and consider the matter closed.
☐ I do not accept the action taken and wish to appeal.

SCDC 10-5 (Rev. November 1997)

S. Skipper    3.20.07
IGC Signature    Date

_____    _____
Grievant Signature    Date

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE FORM
STEP 1

INMATE NAME: _ERNest Boyd_

SCDC NUMBER: _080322_

INSTITUTION: _LCI - Smu_

HOUSING UNIT: _B-40 North_    NOV 2 0 2006

WORK ASSIGNMENT: _none_

Office Use Only _255 7-06_
Grievance No. _Lee CT 80322_
Code: General _____
Policy _____
Disc. Hear. _____
Class. _____
Date Received _11/21/06_
IGC Initials _____

STATE GRIEVANCE (include documentation, and date of incident; if SCDC Policy, indicate which policy)

Just Receive letter From General Counsel
David m. Tatarsky, About I Complaint To Attorney
General, Hon, Henry mcmaster, About No one Have
Investigation of my Claims of been Acquittal of
Escape Warrant-1-2-77,

ACTION REQUESTED: Asking To Have someone Cantacts
u.s. District Court, For proof, 202-354-3060,

SPECIFY HOW AND WHEN INFORMAL RESOLUTION WAS ATTEMPTED BY GRIEVANT:

I Have Sent to mr york Classification of Smu
Also wrote lisa miller office in Columbia sc
Center office About been Acquittal. Ernest Boyd 11-16-06

Grievant Signature          Date

ACTION TAKEN BY IGC:

Your grievance is being returned to you unprocessed because it is a duplicate of Lee
1714-06. You may contact whomever you deem appropriate to acquire the information
you desire.

S. Skipper          3.20.07
IGC Signature          Date

☐ I accept the action taken by the IGC and consider the matter closed.
☐ I do not accept the action taken and wish to appeal.

Grievant Signature          Date

SCDC 10-5 (Rev. November 1997)

WARDEN

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

FEB 2 3 2007

LEE CI

| Date | TO: (Name and Title of Staff Member) |
|------|--------------------------------------|
| 2-21-07 | Warden A.J. Padula |

| SCDC # | NAME |
|--------|------|
| 080322 | Ernest Boyd |

| WORK ASSIGNMENT | LIVING QUARTERS |
|-----------------|-----------------|
| LCI-ASu | North-B-40 |

REQUEST   (State completely, giving full details. Use back of page if necessary)

Warden A.J. Padula, I am in Confinement
Because of a Big Terrible mistake had
been made on the SCDC Classification
Chief Branch trying to Have me Ernest
Boyd be put in Detention Security Cell
Because of Escape from Old County
Clarendon Chain gang, I-I Thought
they were gone for 30 years. At the
SCDC they made a three ones put me in
punishment for those Clarendon County in
the year of 1970,

I went Down at South Carolina State park
issue of 2005 in Confinement Because of a

DISPOSITION BY STAFF MEMBER

As you are aware, State Classification has classified your
escape as a Category I. You must complete a minimum
of 18 months in S.D. Publications and pictures are
not permitted to be received through the mail for
inmates on SMU,

| DATE | SIGNATURE |
|------|-----------|
| 3/2/07 | M. Mahal, Warden |

SCDC  19-11  (REVISED 8-89)

WARDEN

APR 11 2007

LEE CI

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

| TO:   NAME:                   TITLE: | DATE: 4-2-07 |
|---|---|
| A.J. Padula   Warden | |
| INMATE'S NAME: Ernest Boyd | SCDC #: 080322 |
| INSTITUTION: | LIVING QUARTERS: North-B-40   ASU0040 |

Warden, why Have your office
Issue a "Order" not to let me Have
And legal material To Have Access To
Courts. They Cute my "Order" To Have back Access.
    They Capt office Denial me The Rights
To make A Fair Call To my lawyer,
I wroted Request To staff members, Capt
Thomas, Capt Blackwell, lieutanaht Stewart
Told me Never To Ask Her Concerning
making Calls To my legalers, lawyers,
    They're Depravided me the Rights To Have
All legal paper material, And the Amount need
To prepare my Writ To Courts,

**DISPOSITION BY STAFF MEMBER:**

I have not ordered anyone to deny you legal materials.
A legal phone call may be approved if you can
demonstrate that contact cannot be made through
Correspondence or an attorney visit.

| DATE: 4/16/07 | SIGNATURE: M. Rachel, Warden |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)

Clerk of Court is directed to edit this Court's docket to reflect the parties as listed in the caption of this Order. The Clerk of Court also is directed to change the nature of this suit and the cause of action on the docket to reflect that this is a writ of *habeas corpus*.

If petitioner fails to provide fully completed, signed and dated Answers to the Court's Special Interrogatories to the Clerk of Court within the period prescribed in this Order, the Office of the Clerk of Court shall forward the file in the above-captioned case to the United States District Judge or Senior United States District Judge assigned to this case for a final order. If, however, petitioner provides this Court with fully completed, signed and dated Answers to the Court's Special Interrogatories, the Office of the Clerk of Court should forward the file to the Magistrate Judge to determine if service should be authorized.

The Office of the Clerk of Court shall not enter any change of address submitted by petitioner which directs that mail be sent to a person other than petitioner unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

**IT IS SO ORDERED**.

Robert S. Carr
United States Magistrate Judge

January **18**, 2007
Charleston, South Carolina

**Petitioner's attention is directed to the important WARNING on the following page.**

3