UNited States District Courts
For The District of Columbia

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8-12-07

Ernest Boyd jr 080322
LCI-ASU-NORTH/5-48
990 WISCACKY Hwy Petitoner, Et. Al.,
BisHoPville, SC.
29010   V.S

Seeking jails Time
Credits From been Held
In Custody At washington DC,

U.S. District Court, District Attorney office,
For. UNited States District Courts,
For District of Columbia,

07 1768

prisoner with motion violation of Civil
Rights! Complaint by a prisoner under The
Civil Rights Act 42 USC §1983.

plaintiff, Ernest Boyd jr, Et. Al., Names
Ray lee Roderick, priestos v. Rodriguez, with
This matter Before Court, on plaintiff motion
To Received A Forthwith U.S. Courts "Order"
jails Credits For been in Custody Helded At
Washington DC, From 5/21/77 To 12-25-78
Released, From Affidavit Fugitive warrant
From state of Sout Carolina,

Sheriffs Dept of Clarendon County, Manning
S.C Representation This Affidavit Escape warrant
For The State of South Carolina,

plaintiff, Ernest Boyd jr, was Released From
jails incarceration 12-25-78, SCDC Finally Have
Received, thus Information, their office of
RECEIVED ReCords Refuse To Granted jails

AUG 1 7 2007

3

2, Time Credits for been Held in Custody
Washington D.C, From 5/21/77 until 12-25-78,
Released From this Affidavit Fugitive,
Nearly 32 years Ago,

I, Ernest Boyd jr, Are In The Custody
of South Carolina Department of Correction
on This Same Affidavit warrant, U.S.
District Court for District of Columbia
Released From Nearly 32 years Ago,

Deputy Sheriff, Capt Nelson Freddie
Clarendon County Sheriffs Dept, Rejected
U.S, District Court's, Judgment Decision
"Acquitted" This Fugitive warrant, Released
12-25-78, Time Served From this warrant
From State of South Carolina, Affidavit by
Sheriffs Dept Clarendon County manning S.C

6-24-97, Deputy Sheriff Capt Nelson Fr.
Used Sheriff Office To Mal practice A Compulsion
Crime of Hate warrant To ReCaptured And
ReArrested Ernest Boyd jr On thus Fugitive
warrant, which was "Acquitted" Totally
Finished with by The Courts of the District
of Columbia, 1978,

I was ReArrested on Fugitive warrant
by Sheriffs Dept of Clarendon County, 3-31-05
Was Transported To SCDC, For Sheriffs Dept
To Be Received back in The State S.C 2-21-06
Through SCDC,

3, Inmate Records office Have Received Information of been Released 12-25-78 From Washington DC Jails, Helded on Fugitive warrant,

Their office Refuse To Grant, Jails Credits on This Fugitive warrant, Because Information Didn't Indicated SCDC, on This Released, Secretary lisa A miller, Tried To Twist Thus Around, To Say SCDC Had a Fugitive warrant out For my Arrested 1-2-77, This is A "lie" only Sheriffs Dept of Clarendon County was Responsible For Affidavit Escape Fugitive warrant,

Sheriffs Dept, leaved me In the Jails Custody over 16½ months, They Wrote A letter Docket To US District Attorney office And court, which'nt To pursue This warrant Fugitive, which'nt To Extradited prisoner back To The State, S.C

I Ernest Boyd Jr, Ray lee Roderick, priesto's C, v Rodriguez, was Released by US District Courtsfrom This Fugitive Interstates Flight To Aviod presecution From State S.C 12-25-78

I Hope U.S, District Courts, District Attorney Granted All Jails Time Credits For been Helded In Washington DC On This Fugitive warrant, the U.S. District Court Released. 12-25-78 From Fugitive

Warrant, Which was Affidavit by Sheriffs Dept of Clarendon County, Jurisdiction of Manning S.C

Deputy Sheriff, Rejected U.S. District Courts Judgment Decision, "Acquitted" vacated The Remain of Sentence From Sheriffs Dept And the State of S.C

He Issue Another Affidavit Escape warrant Through SCDC Natwork Agency To Received, Ernest Boyd jr back Into State of S.C Through The South Carolina Department of Corrections,

Plaintiff, Ernest Boyd jr, Was Arrested & Recaptured 3-31-05, was In The Hillsborough Co, Jails' until Release To SCDC To Be Transportation back through SCDC.

Secretary office of Inmate Records office, IAD Section of SCDC, This office Have Received letter Documentation of been Released, From Incarceration of Jails Washington DC 12-25-78. this office is In Errors of Thus ReArrested, They're Tried To Twist This Around, of likeness SCDC Had A out Standing warrant For Ernest Boyd jr 1-2-77 Which is A Big "lie's".

At my Trial, Judge Had Explained to me, The meaning of "Acquitted" Fugitive warrant was Clearance off my Criminal Records,

SCDC Have Received information of Released

5

12-25-78 from jails incarcaration Washington D.C, their office Refused To Grant Any jails Credits for been Helded in jails Custody on this Fugitive Warrant from The State of south Carolina, Because Released Didn't mentioned SCDC on this Released, They're Trying To Twist This Error mistake Around.

SeCretary office Inmate ReCords, said my lawyer Didn't Have The Right To Filed the interstates Agreement on Detainer from other jurisdiction, Extradition With the Sheriffs Dept.

I was doing 18 months leaved on my Sentence At Clarendon County Sheriffs Dept, when I Walked Away 1-2-77, Sheriff jackson leaved, me Ernest Boyd, Ray lee Roderick, C. priestos v Rodriquez, In jails Custody over 16½ months,

Them the Sheriffs Dept written Docket letter To U.S. District Court, Attorney office, Sheriffs Dept which nt To pursue this Fugitive Escape Warrant Because of Resouse, which nt To Extradited prisoner back To The State S.C for presecution,

Magistrate judge Said "Acquitted" vacated The Remain of Thus Sentence, Released From Fugitive Warrant, Nearly 32 years Ago, I Am Incarcerated Because Sheriffs Dept, Deputy Rejected U.S. District Court, judgment Decision, the Released prisoner from His subscribed Affidavit Warrant From Sheriffs Dept of Clarendon Co.

6,

SCDC, office of Inmate Records, IAD Section Secretary Said, U.S. District Court's, Haven't The Rights To Released me From Affidavit, warrant From Sheriff's Dept of Clarendon County Manning S.C

Clerk, I, plaintiff, Ernest Boydgr, Et, Al, was under jurisdiction Custody of Sheriffs Dept of Manning S.C, when this Escape Occurred 1-2-77, it Was and were Sheriffs Dept Responsibility To Subscribed This Escape Affidavit warrant.

I Have Stated Above in this motion, I was ReArrested on a Fugitive warrant, Mal practices by Sheriff's Dept Deputy And SCDC, IAD Section Inmate Records To Received by in the State of S.C For Escape 1-2-77 From Sheriffs Dept of Clarendon County,

Secretary office and official of Inmate Records mergered into this Fugitive For Clarendon County In years of 2000, Issue Fugitive For Sheriffs Dept To Received Ernest Back in S.C

They're The One made this Big Errors mistake I wrote letter of Claimed been Released From This Affidavit, they Donot Believe me, They're Now Have A Compassions like A Crime of Hate They Harsh by Refuse To Granted All Jails Cridits From being Held At washington DC Jails on Fugitive warrant - was Released by U.S, District Court's 12-25-78,

7.

I, plaintiff Ernest Boyd jr. Et. Al., with This matter Before U.S. District Courts, To Received A Forthwith Court "Order" jails Time Credits for been Held In The Custody, of Washington D.C. jails From 5/21/77 until 12-25-78.

On Criminal information at metropolitan police Dept, Criminal information System This office Has Access To, only possesses information Relating To matter Brought Directly Against me Aka, Ernest Boyd jr, Ray lee Roderick, C. priestas V. Rodriquez, Fugitive Escape interstates Flight To Aviod prosecut. From the State of S.C 1977 To 1978 Released,

your office will be able To obtain this information From the police clearance, Ati I D Records Dept, At Washington DC police Headquraters, 300 indaina Ave, N.W washington DC 20001, phon # 202-727-4245, I Am limited From Receiving This Information.

They Have Haled me plaintiff, Ernest Boyd jr back To Court, Sentence 6 months, Twice Tried on the Same Affidavit Warrant, From Sheriffs Dept of Clarendon County, I Tried To Explained To Everyone thus was Double Jeopardy Clause, They Said, Don't Care we Recaptured Ernest Boyd jr, No One investigate my Claims of been Released, I Kepted Written To SCDC, Secretany Finally Received Information, And will Not Granted Jail Credits To my Sentence, which would Release me out Real Earlies out of SCDC,
From Ernest Boyd jr 08033 Thank "you" Sincr.

United States District Courts,
For The District of Columbia
8-6-07

Ernest Boyd #080322
        Petitioner, Et.Al.,        Motion Seeking
                                    All Jails Cridits
        V S
United States District Attorney office    Granted From
United States District Courts, For    US District Court,
The District of Columbia,
                        Motion
Complaints Violation of Civil Rights,
        by a prisoner under the Civil
Rights Act. 1 421 U.S.C §1983
            plaintiff, with This matter Before
Courts on plaintiff motion Complaint and
Application To proceed in forma pauperis,
plaintiff IS A prisoner Confinement in
Bishopville South Carolina, I, Ernest Boyd
Have Alleges, IAm in the custody of the South
Carolina Department of Correction On a Fugitive
warrant,
        South Carolina lodged With this Court, Nearly
32 years Ago, I Dont Have Any Documentation
of been Apprehensioned in washington DC
on This Fugitive Escape Affidavit, Interstates
Flight To Aviod prosecution, From state of
South Carolina,

2,

I was Released From washington DC Jail 12-25-78, under Name Ray lee Roderick, C. priestos Rodriguez, Aka Ernest Boyd Jr Released From Fugitive warrant From State of S.C.

Clarendon County Sheriffs Dept Had Represented This Affidavit FL 452696, For The State of S.C.

United States District Courts, Judgement Decision Released From This Escape Fugitive, Diputy Sheriff Rejected This Courts Decision, 6-24-97, He Appeared personally Before Judge To subscribed Affidavit To make Arrest and ReCaptured Ernest Boyd.

His compassion is like A Crime of Hate, He used Sheriffs Dept To malpractice This warrant issue Through Network of SCDC To Received Ernest Boyd Back 2-21-06.

I Hope this Court, will Grant Jails Credits For been in washington DC Jails on Fugitive warrant From state SC

Thy Have Received information was Released 12-25-78, I Am Seeking this office of United States District Court, To Received A Docket letter Granting Jails Credits From washington DC. U.S. District Court, it will Released me From SCDC Thank you! " Sincerely From Ernest Boyd Jr
080322

United States District Courts
For The District of Columbia

8-3-07

ERNest Boydyr 080322
                petitioner, Et. Al.,

                    v.s

U.S. District Attorney office of
United States District Courts
For The District of Columbia

Seeking jails Credits
From been In Custody
Washington DC. From
5/21/77 until Released
12-25-78.

                Et. Al.n Response(S)
                    motion

Complaints For violation of Civil Rights
Complaint by a prisoner under the Civil
Rights Act 42: U.S.C §1983

    I, plaintiff, Name mentioned Above, Come
Before This Court, with This motion Seeking
A Forthwith Courts "order" Granting All
Juils Credits For Been Held in jails Custody
in "jurisdiction" jails of washington DC, on
A Fugitive warrant, From The State of
South Carolina.

    Ernest Boydyr Was Apprehened by the
metropolitan police Dept 5/21/77 until
Released 12-25-78, by      United States
District Courts, judgment Decision "Acquitted"
"Vacated" The Remain of Sentence At Sheriff's
Dep And State of S.C

2,

After been Released by u.s. District Courts, From Affidavit F-452696, Fugitive, From State South Carolina, Sheriffs Dept, Docket letter To u.s. District Attorney office, Sheriffs Dept of Clarendon County, Which n't To pursue This Affidavit F-452696 Escape Warrant, which n't To presecut, The prisoner Ernest Boyd jr, Roy lee Roderick, C. priestos v Rodriguez, which not To Extradited prisoner back To state of South Carolina,

Sence been Released from This Fugitive warrant, from Sheriffs Dept of Clarendon County And state, Deputy Sheriffs Capt Nelson Freddie Rejected u.s. District courts, Decision, of Released Ernest Boyd jr from His warrant,

He Decided To keep on looking, For A way To ReArrest Ernest Boyd jr. He Had a Hate Compassion To ReCaptured Ernest Boyd jr, Best Know As Ray lee Roderick, C. priestos v. Rodriguez

Capt Nelson Freddie, Compassion Become like A Hate Crime. He Have To ReCaptured Ernest Boyd jr, For This Escape, He Had made A promissed To ReCaptured To All At The Sheriffs Dept, Capt Nelson Freddie plained This ReArrested, After 19 years No ReCaptured Ernest Boyd jr.

3; 19 years After been Totally Released 12-25-78
From This Fugitive Warrant.

Capt Nelson Freddie, Searcher, office of
old Sheriff Jackson, After His Death In
Airplain Accident, He Fines Old Docket Records
of Warrant. 1-2-77 Escape.

Capt Nelson Freddie, Hate Compassion, Take Him
6-24-97. Before Judge In Clarendon County
Court. To Received Affidavit F-45269%, Escape
Warrant. After Twie Tryed To make A ReArrest
it was AFailurer To His rerruption.

Capt Nelson Freddie, Take Warrant To SCDC
To Issue A Fugitive Warrant, For Clarendon
County Sheriffs Dept, Escape From A Robby,
From Confined Sheriffs Dept 1-2-77, Ernest
Boyd Jump Fence.

SCDC Issue Fugitive Warrant
For The Clarendon County, Sheriffs Dept,
To Received Ernest Boyd breek To State
S.C Through Correction Dept.

6-6-06, Courts, Cell LCI-For Ernest
Boyd To Appear In Court Fon This Warrant
Escaped 1-2-77 From Clarendon County.
plaintiff, Tried To Explain Case was Over
by Acquitted, No One Want To Hear
Thus Truth facts of Been Released
They sent back To prison L C I.

They Call back To Courts, To Be Tried 1,29,07
Solicitor Attorney Come To mee They want me
To make A plea To Six months,

I wrote Numberous letter Complaints To
Attorney General office, Concering back in S.C
on A Fugitive warrant, and was Take To
Court Twice on the same warrant,

Attorney General office Sent my letters
To General Counsels office SCDC, They Sent To
Secretray lisa A miller, program Coordinator, other
"jurisdiction" Extradition IAD Section Inmate
Records office, To Investigate my Claims of
been "ACquitted" Released, Also been in Jails
Custody on This warrant,

Secretary lisa A. miller office was Able To
Received A Document letter Records Shows
was Released 12-24-78 From Jails Custody on
This Fugitive warrant, it Didn't indicate SCDC
mentioned on This Released,

The South Carolina Department of Corrections
inmate Classification, And Records office "offial"
Have Refused To Grant Jails Credits From
been in Washington DC Jails on This
warrant, Denial All Jails Credits, I
plaintif Ernest Boyd Jr will Have To Recived
Jails Credits Through Document From
U.S. District Court official Before SCDC
Granted This Jails Credits,

5, ...

When plaintiff Ernest Boyd jr. Received
A Document of How much Time In custody
On Fugitive warrant from state of S.C
Inmate Records of will Granted This
jail Credits To Sentence S.C

it will Auto madiety immadietely Released,
I. plaintiff Ernest Boyd jr. was Booked into
Washington DC jails under Names of
Ray lee Roderick, C. priestois v Rodriguez.
Aka Ernest Boyd jr, Charged Directly
with Fugitive Flights To Aviod prosecut.
From state of South Carolina, Hold In custody
For S.C

I. Ernest Boyd jr. Ray lee Roderick, C. priestas
v. Rodriguez Was "Released" 12-25-78
On Order of U.S. District Court.s
judgment Decision.

Deputy Sheriff Capt Nelson, Rejected
with A Compassion like A Hate "Crime"
To ReCaptured Ernest Boyd jr.

He, Over "Ruling". Cause The Clarendon
County Courts General Sessions, To
Double jeopardy Clause, Tried twice same
warrant, Once by U.S. District Courts,
31 years later General Session Court
state of S.C jurisdiction Manning SC

"6"

I, plaintiff, Ernest Boyd jr, sent Information
So your office will be Able look And
Read The clever "lie's" SCDC Have Twisted
like There office Had A warrant out
For my Arrested 1-2-77.

I Was under "jurisdiction" of Clarendon
County, Manning S.C un supervision of sheriffs
Dept, And County of Clarendon.

SCDC Secretray lisa A miller, want To
Harsh my Release Because, The Information
Didn't mentioned SCDC when official Released
12-25-78,

At Washington DC Jails Records inmate
Information Criminal system Have proof
of Released. Also At metropolitan police Dept
AT; I.D Records office proof of Arrested
on This Fugitve From State of SC 1977

U.S. District Court, Attorneys Call my Charge
Fugitive Escape Interstates flight To Aviod
prosecution. From State of South Carolina,
Agency Notified Clarendon County sheriffs Dept,

Also, magistricty judge Call out To Court,
To see if "Anyone" Had objected letter Dockets
From sheriffs Dept, of Clarendon County, None
Sheriffs Dept Represented This Fugitive, Released
Time "served" "Acquitted"

I Swear, Have To Close here, this in Truth Facts
From Ernest Boyd 080322 Et.Al?.
thank you

SCDC Information office of Inmate Records office, IAD section, They Received Documentation Records I was Released from washington DC jails Custody 12-25-78, This is The Information was Sent To me, From There office June 19, 07, There office will Not Granted jails Time Credits Helded on This warrant In washington DC, Because it Didn't Indicated SCDC, They Re Trying To Twist it Around Saying SCDC Had A Basis warrant out For my Arrest, They Re "lic's" only one Agency Have Affidavit Escape warrant For my Arrest, Sheriffs Dept, I walked Away from there Custody, in jurisdiction of the Clarendon County, manning S.C. I Eligible To Received All jails Time Credits, I Have Come back To US District Court

Back page

P.S. Read 7&15

2 To Received on Docket Teller of Courts

Approval of This Jails Cridits From washington D.C.

The State of South Carolina Dismissed my Civil Rights Violation pursue, I am in This Prisoner Confinement cell, Being punished For Escape From Sheriffs Depot 1-2-77, they Bringed me back 2-21-06- No Assistance To law library, They withHold law papers. They some Time Take so they could Be Able Read Fine out what up with civil violationi I will be out if This Court Approve my Jails Time Credits From been In washington DC 1977 To 78 Release, under Name Aka Ernest Boyd Jr, Raylee Roderick, priestos C.V, Rodriquez 159597 DC#

United States District Court's
For District of Columbia

8/20/07

Ernest Boyd jr 080322
        petitioner, Et Al.,?

old # 061290

Seeking Fourth with
Court's Order Granten
Jail Credit From washington
DC Held in Custody on
Fugtive warrant Froms.c

v.s
U.S. D. Attorney office of
United States District Courts
For District of Columbia
        Et, Al, Respondant (s)

## Motion

This matters is before Court's on plaintiff
motion Complaints And Application To proceed
In Forma pauperis,

plaintiff Name mentioned Above Come now
To u.s. District Court's, Seeking Fourth with
Court "Order" Granted, jails Time Credits For
been Held In Custody From 5/21/77 To 12-24
78 Releesed From Washington Dc Incarceration
official, From Affidavit Fugitive warrant From
State of South Carolina.

plaintiff IS A prisoner of South Carolina
Department of Corrections, In Confinement
Cell, For A Fugitive warrant, Deputy Sheriff
6-24-97 Affidavit F-452696, warrant Escape
Ernest Boyd From Clarendon County Sheriffs
Dept 1-2-77,

Deputy Sheriff Capt Nelson Freddie, was UNSUCCassful

3,

For Sheriffs Dept, of Clarendon County,
SCDC Transportation 2-21-06 From
The State of Florida,

Clerk, I Have Sent your office Information
So your office of Clerk, office of U.S.
District Court, Would Be look over The "lie's"
They Have put Together, your office Should
Have Recognized and Realized How they
Are Trying To Twist This Around,

Nearly 3L years Ago, After Clerk's
office Received letter, From Sheriff official
of Clarendon County, their office WhichN't
To pursue This Fugitive Escape Warrant, which
To Extradited prisoner back To State of SC,
Clerk office Turned letter Over Too District
Attorney office,

They Call my lawyer Into their office
To Discussed my Charge Fugitive Escape,
Interstates Flight To Aviod presecution From
State of South Carolina,

Also District Attorney office sent Two
Investigator To Sheriffs Dept To investigate
How much Time was leaved on my SC
Sentence, And The Recommendation of
Sheriff of Clarendon County, they Had
Re Schedula A Hearing To Appeared In
U.S. District Courts,

I, Ernest Boyd Jr Et Alz, And my Wife Appeared
In U.S. District Courts, Magistrates Judge Tuked
all Filing Information Into His Chambers

21

32 years Ago, Sheriffs Dept, lodged This AFFidavit F-452696 Fugitive Warrant with This Court.

This Warrant Was "Acquitted" Vacated The Remain of Sentence At Sheriffs Dept And State S.C "Released" Time Served,

3-31-05, plaintiff, Is Arrested on a Fugitive Warrant, issue Through SCDC Network Agency for Sheriffs Dept of Clarendon County,

Deputy Sheriff Capt NelsonFreddie, Rejected U.S. District Court, Judgment Decision, "Acquitted" Released From His personnal Subscribed Warrant, This made Him very FRustrated, He Rejected This Release From His Warrant. To Arrest ErnestBoyd For EScape 1-2-77

After spended Almost 20 years looking To ReCaptured Ernest Boyd in manning S.C, it Become Compassion Crime of Hate To make This Arrested,

After Twice Ernest Boyd Was Released From pinellas County, Circuit Court, Judge Read information Attached To old Affidavit Warrant State of SC which nt To pursue This EScape Warrant whichnt To Extradited prisoner back To State SC, Judge "Order" Sheriffs Dept To Released From This Warrant, From Sheriffs Dept of Clarendon County,

State of South Carolina U.S. District Courts,
Have Denial my Complaints, I Am Not Able
To Be Able To Get To LCI law library
To get Assistance, they Have A mork law
library, Inmate Clerk may Bring you A, Book
Cunt Assit you.

Can not get To phons or Received pen's
To write Courts We Are Depraved of the Rights
To Received legal paper material To Have Access
To yours.

They Broughted me back on A Fugitive
warrant through SCDC, For Sheriffs Dept Deputy
officer Clarendon County,

"if your office checks my ReCords thorughly
it will proof were Tried 1978 on this
Fugitive Warrant, U.S District courts, Clearance
my ReCords of Fugitive warrant At A Hearing,
Clarendon County Represented This Warrant For The
state of South Carolina, it was Totally Finished With,

   Deputy Sheriff, Kepted this in His Heart Over
These pasted From 1-2-77 until 1,29,07 He Have
A Hate Crime Compassion, in His Heart And 'mind'
mal practice this warrant To Re Arrested Ernest
Boyd Jr, Take To SCDC Too Received back SCDC

   Thank you Sincerly From Ernest Boyd Jr

Received
Mail Room

AUG 09 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia